UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RANDY MCDONALD (452858)

VERSUS

BURL CAIN, WARDEN, ET AL

CIVIL ACTION

NO. 09-850-BAJ-CN

**RULING**

The Court, having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 25, 2011 (doc. 33). Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that plaintiff's motion for summary judgment (doc. 22) is denied and this matter is hereby referred back to United States Magistrate Judge Christine Noland for further proceedings.

Baton Rouge, Louisiana, November 23, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA